A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

RECEIVED

JUL 31 2014

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Jefferson Parish
Correctional Center
Jail Number 5985600
Dep of public safety from-cephons
316875

Baron Johnson
_____
Plaintiff

Inmate Number

CAUSE Shown

14-937 KC4

VERSUS

RUTH JACKSON ETAL
AND all Defendants
SHeriff Harry Lee
State of Louisiana
_____
(Enter above the full name of each
defendant in this action.)

42 USC 1983 Complaint
Federal civil constitutional Rights
violations To Appeal IN FEDERAL Courts
And Appeals Courts
Tendered for filing July 18th 2014
U.S. District Court Eastern District
of Louisiana Deputy Clerk

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts.  THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.  ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.     Previous Lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓) No ( )

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): ___Baron Johnson___

   Defendant(s): ___Mr. James M Leblanc Dep of corrections Mr. Governor Bobby Jindal Mr. Warden Burlowes State of La___

2. Court (if federal court, name the district; if state court, name the parish): ___United States District Court Eastern District of Louisiana 500 poydras Street New Orleans LA 7015.0___

3. Docket number: ___Filed 1983 complaint 7-1-2013___

4. Name of judge to whom case was assigned: ___Fed Judge C. Wilkerson___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___Transferred from Eastern District to Middle District of Louisiana 7-12-2013 Requested to have a Lawyer to Represent me but was Refused and Denied___

6. Date of filing lawsuit: ___7-1-2013___

7. Date of disposition: ___I dont Know Im schizophrenia Diagnose/18 by 4 Hospitals in N.O and Jefferson parish___

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
       Yes (✓)        No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought. *EASTERN DISTRICT Western DISTRICT 5th CIRCUIT Court of Appeals 600 Camp Street New orleans Louisiana*

II.   Place of present confinement: *was Released by Jefferson parish Sheriffs office Oct 5th 2013 and Recently quite A few Times behind Grievances And Appeals & Lawsuits Violations of Constitutional Rights*

A.   Is there a prisoner grievance procedure in this institution?
Yes ( ✓ ) No ( )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ ) No ( )

C.   If your answer is Yes:

1.   Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. *Jefferson parish Correctional Center*

2.   What steps did you take? *I filed Grievances for Help and to warden At JPCC Jail & Security LT. Cook & STU. and to Jefferson PARISH Sheriffs office and 24th Judicial District CourtHouse warden*

3.   What was the result? *Denied by Chief of security at Jpcc And LT. Cook and STU over Jpcc security and Jp Sheriffs office.*

D.   If your answer is No, explain why not: _____

III.   Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.) *Jp CC Jail #5985600*

A.   Name of plaintiff(s) *Baron Johnson Dops C# 316870*
Address *Jefferson parish Human Service Authority mental Health Clinic 5001 Westbank Expressway marrero LA 70072*
In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

*I'm Homeless in marrero LA. 70072 Jefferson parish sleep in front of JPHSA and winn Dixie in marrero LA 70072*

B. Defendant _ms Ruth Jackson ETAL_ is employed as Retired first at west Jefferson medical Center Hospital And was Hired Back supposedly I don't Know Now at _west Jefferson medical center hospital 1101 medical center Blvd marrero LA 70072_

C. Additional Defendants: SHERIFF Harry Lee Jefferson parish Sheriff's office Gretna LA. Paul D. Connick Jr District Attorney 24th JD ocourt House for state of Louisiana Govenor PD will Edwards Gov. Bobby Jindal secretary James m Leblanc Dep of Public safety q Corrections JDHSA SAN om Sumlin Dr Hawthorne Jefferson parish Correctional center Jefferson parish sheriff Newell norman q Jefferson parish Sheriff's office West Jefferson Hospital mr Gov. Bobby Jindal Warden Burl Cain State of Louisiana

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

All my const Rights Have Been Violated By LA All Lawyers for the state of LA Have Denied me All Legal ASSIstances to help me out so that I Could win All my 42 USC 1983 complaints and Appeals cases please use Address at JPHOA 500 westBank Expwy to send mail too me. Anyway sense ms Ruth Jackson my USC to be Legal Guardian ADoptive parent mother so I was supposedly Adopted told by ms. Ruth Jackson when I was told by ms. Ruth Jackson M. Jackson when I was A Kid A child in which i was supposedly Adopted And Intentionally Taken Away from my Natural Real Family Father and Natural mother who had happened to have passed away while I was Feloely Arrested and Feloely Accured and feloely Imprisoned by false complaints by the Jefferson parish sheriffs office The 24th Judicial District Court House and by mr. Paul D. Connick Jr. and his assistant District Attorneys and the Harvey State Building I was molested as a child and Raped as a child as a child coming up by my own family members by ms. Ruth Jackson Relatives and Friends and Associates And I've been Raped constantly in JPCC Jail And LA Dep of Corrections And have Recieved cons tant False Imprissonments And Harrassment And sexual Harrassments And police Brutalities and ASS Batteries upon me and sexual assaults and I still Recieve constant Retaliations from All Defendants still Now

MY LIFE IS IN CONSTANT Danger EVERY DAY IN Jeff parish

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. _If all my Constitutional RIGHTS have Been Violated And Are still Being Violated By mo Ruth m. Jackson and The STATE of LA I Request Expunsements of All Cases of the 24th Jdc House and an House with Neighborhood watch and my SSI Income and my Disability Income thewer Recieved from LA And my Income Taxes and workmans Comp_

VI.   Plaintiff's Declaration _When I was Young Also Request Restraining order_

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _29_ day of _July_ , 20 _14_.

_Baron Johnson) pcc 5286060_
_Baron Johnson Dopsc #316870_

Signature of plaintiff(s)